USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CRISTIAN SANCHEZ, *on behalf of himself and* :
*all others similarly situated*, :
: 1:21-cv-04726-GHW
Plaintiff, :
: ORDER
-against- :
:
TOUCH OF CLASS CATALOG, INC., :
:
Defendant. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Defendant's July 8, 2021 request for an extension of time to respond to the complaint, Dkt. No. 8, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to August 13, 2021.

The Court notes that Defendant's counsel has not yet appeared in this case. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: July 8, 2021 _____
New York, New York GREGORY H. WOODS
United States District Judge